**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

KEVIN CHEW, derivatively on behalf of
BEYOND MEAT, INC.,

            Plaintiff,

v.

DONALD THOMPSON, GREGORY
BOHLEN, RAYMOND J. LANE, SETH
GOLDMAN, BERNHARD VAN
LENGERICH, NED SEGAL, DIANE
CARHART, MARK J. NELSON, KATHY N.
WALLER, ETHAN BROWN, and
CHRISTOPHER ISAAC "BIZ" STONE,

            Defendants.

and

BEYOND MEAT, INC.,

            Nominal Defendant.

Case No. 20-cv-705-RGA

## JOINT STIPULATION TO CONTINUE THE STAY OF THE ACTION

WHEREAS, on May 27, 2020, Plaintiff Kevin Chew filed in this Court a Verified Stockholder Derivative Complaint (the "Complaint") on behalf of nominal defendant Beyond Meat, Inc. ("Beyond Meat" or the "Company"), captioned *Chew v. Thompson et al.*, Case No. 1:20-cv-00705-RGA (the "Delaware Derivative Action");

WHEREAS, the complaint in the Delaware Derivative Action names as defendants Donald Thompson, Ethan Brown, Mark J. Nelson, Seth Goldman, Gregory Bohlen, Diane Carhart, Raymond J. Lane, Bernhard Van Lengerich, Ned Segal, Christopher Isaac ("Biz") Stone, and Kathy N. Waller, who are current or former directors and officers of Beyond Meat (collectively, "Defendants") and Beyond Meat as a nominal defendant, and generally alleges that Defendants

breached their fiduciary duties by making false and misleading statements or omissions in SEC filings related to litigation involving Don Lee Farms;

WHEREAS, on January 30, 2020, a related securities class action, *Tran v. Beyond Meat, Inc.*, Case No. 20-cv-963 was filed in the Central District of California (the "California Securities Class Action");

WHEREAS, on March 16, 2020, Plaintiff Eric Weiner filed in the Central District of California a Verified Stockholder Derivative Complaint on behalf of Beyond Meat, captioned *Weiner v. Brown et al.*, Case No. 20-cv-02524 (C.D. Cal.);

WHEREAS, on March 18, 2020, Plaintiff Kimberly Brink filed in the Central District of California a Verified Derivative Complaint on behalf of nominal defendant Beyond Meat, captioned *Brink v. Brown et al.*, Case No. 20-cv-02574 (C.D. Cal.);

WHEREAS, on April 1, 2020, the court in the Central District of California entered an order consolidating the *Weiner* Action and the *Brink* Action for all purposes and designating them *In re: Beyond Meat Derivative Litigation*, Case No. 20-cv-02524 (the "California Derivative Action");

WHEREAS, on June 16, 2020, the Court granted the Joint Stipulation Regarding Service of Complaint and Stay of Action (D.I. 8) staying the Delaware Derivative Action until: (1) the California Securities Class Action is dismissed, with prejudice, and all appeals related thereto have been exhausted; or (2) any motion to dismiss the California Securities Class Action is denied in whole or in part;

WHEREAS, on October 27, 2020, the Securities Class Action was dismissed with prejudice, except for the class allegations of the absent putative class members, which were dismissed without prejudice, and the appeal period has now expired;

WHEREAS, on May 24, 2021, plaintiffs in the California Derivative Action filed a Consolidated Amended Shareholder Derivative Complaint ("Consolidated Amended Complaint");

WHEREAS, the parties to the California Derivative Action notified the California court that the parties were engaging in discussions to resolve the lawsuit and asked the court to adjust the briefing schedule for defendants' anticipated motion to dismiss the Consolidated Amended Complaint;

WHEREAS, briefing on the anticipated motion to dismiss the Consolidated Amended Complaint in the California Derivative Action is scheduled to be complete on January 5, 2022;

WHEREAS, Plaintiff's Counsel and counsel for Defendants and Beyond Meat (collectively, the "Stipulating Parties") have conferred regarding the status of the Delaware Action and the California Derivative Action, and appropriate next steps;

WHEREAS, based on the overlapping parties and allegations in the Delaware Derivative Action and the California Derivative Action, the possible interplay between these actions, and to avoid the unnecessary expenditure of judicial and party resources, the Stipulating Parties have agreed, subject to the Court's approval, to continue the stay of the Delaware Derivative Action, as outlined below; and

WHEREAS, the Stipulating Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1.      Except as noted below, all proceedings in the Delaware Derivative Action—including any motion practice, any obligation to respond to the complaints or any consolidated complaint, any conferences, and all discovery and disclosure obligations under any federal rule, local rule, or Order of the Court—are hereby stayed until the resolution of the California Derivative Action. The Stipulating Parties, or any of them, may seek to modify or extend the stay by further

stipulation or motion.

2.      Within twenty (20) days of the resolution of the California Derivative Action, the

parties to the Delaware Derivative Action shall meet and confer and submit to the Court a proposed

scheduling order governing further proceedings.

3.      All pending deadlines, hearings, or conferences are vacated until after the stay is

lifted.

4.      This Stipulation shall remain in effect until further order of the Court.


**IT IS SO STIPULATED.**


DATED:  July 28, 2021                     Respectfully submitted,

                                          **FARNAN LLP**

                                          /s/ Brian E. Farnan
                                          Brian E. Farnan (Bar No. 4089)
                                          Michael J. Farnan (Bar No. 5165)
                                          919 N. Market St., 12th Floor
                                          Wilmington, DE 19801
                                          Telephone: (302) 777-0300
                                          Facsimile: (302) 777-0301
                                          Email: bfarnan@farnanlaw.com
                                                   mfarnan@farnanlaw.com

                                          THE ROSEN LAW FIRM, P.A.
                                          Phillip Kim
                                          275 Madison Avenue, 40th Floor
                                          New York, NY 10016
                                          Telephone: (212) 686-1060
                                          Facsimile: (212) 202-3827
                                          Email: pkim@rosenlegal.com

                                          *Counsel for Plaintiff Kevin Chew*

DATED:  July 28, 2021

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ Raymond J. DiCamillo
Raymond J. DiCamillo (#3188)
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
Email: dicamillo@rlf.com

STOEL RIVES LLP
B. John Casey
Brad Daniels
Samantha Sondag
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone:  (503) 294-9170
Facsimile:  (503) 220-2480
Email:     john.casey@stoel.com
           brad.daniels@stoel.com
           samantha.sondag@stoel.com

*Counsel for Defendants*

**IT IS SO ORDERED.**

Date:  7/29/2021                        /s/ Richard G. Andrews
                                        The Honorable Richard G. Andrews

5