**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KEVIN CHEW, derivatively on behalf of BEYOND MEAT, INC., | |
| Plaintiff, | Case No. 20-cv-705-RGA |
| v. | |
| DONALD THOMPSON, GREGORY BOHLEN, RAYMOND J. LANE, SETH GOLDMAN, BERNHARD VAN LENGERICH, NED SEGAL, DIANE CARHART, MARK J. NELSON, KATHY N. WALLER, ETHAN BROWN, and CHRISTOPHER ISAAC "BIZ" STONE, | |
| Defendants. | |
| and | |
| BEYOND MEAT, INC., | |
| Nominal Defendant. | |

**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS
ACTION WITH PREJUDICE**

Counsel for Plaintiff Kevin Chew ("Plaintiff"), and counsel for Nominal Defendant Beyond Meat, Inc. ("Beyond Meat") and Defendants Donald Thompson, Ethan Brown, Mark J. Nelson, Seth Goldman, Gregory Bohlen, Diane Carhart, Raymond J. Lane, Bernhard Van Lengerich, Ned Segal, Christopher Isaac ("Biz") Stone, and Kathy N. Waller (with Beyond Meat, the "Defendants"), respectfully submit this stipulation and proposed order voluntarily dismissing the above-captioned action with prejudice, and states as follows:

WHEREAS, the above-captioned action, *Chew v. Thompson et al.*, Case No. 1:20-cv-00705-RGA (the "Delaware Action") is related to the consolidated action *In re: Beyond Meat Derivative Litigation*, Case No. 20-cv-02524 (C.D. Cal.) (the "California Derivative Action");

1

WHEREAS, on July 29, 2021, the Court granted the Parties' stipulation to stay the action until the resolution of the California Derivative Action;

WHEREAS, the Parties in this action and the California Derivative Action reached a global resolution with the parties in the California Derivative Action, and Plaintiff Chew as a party to the settlement, moving for preliminary approval on July 14, 2022 including filing the Stipulation of Settlement ("Stipulation") which incorporated the terms of the global settlement;

WHEREAS, on March 31, 2022, Judge Michael W. Fitzgerald preliminarily approved the settlement in the California Derivative Action;

WHEREAS, the parties to the California Derivative Action moved for final approval on June 13, 2022;

WHEREAS, on September 27, 2022, Judge Fitzgerald finally approved the settlement in the California Derivative Action and entered a Final Order and Judgment;

WHEREAS, ¶5.1 of the Stipulation states that "Within five (5) days after the Effective Date, Plaintiff Chew, with the cooperation of the Settling Defendants, will file appropriate papers with the United States District Court for the District of Delaware to voluntarily dismiss the Delaware Action with prejudice";

WHEREAS, the appeal period of the Final Order and Judgment in the California Derivative Action ended on October 27, 2022, thus rendering the judgment Final pursuant to the Stipulation at ¶1.13;

WHEREAS, pursuant to the Stipulation, the Parties request that the Court dismiss the Delaware Action with prejudice as the claims Plaintiff Chew brought on behalf of Beyond Meat have been settled in the California Derivative Action;

WHEREAS, notice of the dismissal of the Delaware Action is unnecessary as Beyond Meat

shareholders were already provided notice of the settlement of the California Derivative Action which included the Delaware Action, Beyond Meat shareholders were already given the opportunity to object to the settlement, and pursuant to the terms of the Stipulation, Plaintiff Chew would dismiss his action with the Final Order and Judgment become Final; and

WHEREAS, the Parties agree that each shall bear its own fees, costs, and expenses, except as otherwise set forth in the Stipulation incorporated in the Final Order and Judgment;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, through their respective counsel, as follows:

1.    The Delaware Action shall be dismissed in its entirety with prejudice.

2.    For the reasons stated above, notice to Beyond Meat shareholders of this voluntary dismissal with prejudice has been provided.

3.    The Parties shall each bear its own fees, costs, and expenses, except as otherwise set forth in the Stipulation, incorporated in the Final Order and Judgment.

**IT IS SO STIPULATED.**

Dated:  October 31, 2022                                     Respectfully submitted,

**FARNAN LLP**                                                   **RICHARDS, LAYTON & FINGER, P.A.**

/s/ Brian E. Farnan                                             /s/ Raymond J. DiCamillo
Brian E. Farnan (Bar No. 4089)                   Raymond J. DiCamillo (#3188)
Michael J. Farnan (Bar No. 5165)               Richards, Layton & Finger, P.A.
919 N. Market St., 12th Floor                      920 N. King Street
Wilmington, DE 19801                                 Wilmington, DE 19801
Telephone: (302) 777-0300                          (302) 651-7700
Facsimile: (302) 777-0301                           Email: dicamillo@rlf.com
Email: bfarnan@farnanlaw.com
         mfarnan@farnanlaw.com                    STOEL RIVES LLP
                                                                    B. John Casey
THE ROSEN LAW FIRM, P.A.                    Brad Daniels
Phillip Kim                                                    Samantha Sondag
275 Madison Avenue, 40th Floor               760 SW Ninth Avenue, Suite 3000

New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Counsel for Plaintiff Kevin Chew*

Portland, OR 97205
Telephone:  (503) 294-9170
Facsimile:  (503) 220-2480
Email:     john.casey@stoel.com
           brad.daniels@stoel.com
           samantha.sondag@stoel.com

*Counsel for Defendants*

**IT IS SO ORDERED.**

Date: November 1, 2022                    /s/ Richard G. Andrews
                                          The Honorable Richard G. Andrews